PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile:  (414) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys For Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHERIE BLASQUEZ-TRACY,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:15-CV-2621-CKD<br><br><br>UNOPPOSED MOTION FOR AN EXTENSION OF TIME<br>(FIRST REQUEST) |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on May 12, 2016, by 29 days, through and including June10, 2016.

    An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record.  This request is made in good faith with no intention to unduly delay the proceedings.

-1-

Stip. & Prop. Order for Ext
2:15-cv-2621-CKD

1  Counsel for Defendant conferred with Plaintiff's counsel's by email, who has no opposition to
2  this motion on May 12, 2016.
3  The parties further stipulate the Court's Scheduling Order shall be modified accordingly.
4  Counsel for Defendant apologizes to the Court and opposing counsel for any inconvenience
5  caused by this delay.

Respectfully submitted,

Date:  May 12, 2016

/s/ *Jesse S. Kaplan,* csb#103726
JESSE S. KAPLAN,
Attorney for Plaintiff


PHILLIP A. TALBERT
Acting United States Attorney


By:  /s/ *Richard M. Rodriguez*
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney

Attorneys for Defendant


**ORDER**

**APPROVED AND SO ORDERED:**

**Dated:  May 16, 2016**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext
2:15-cv-2621-CKD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

-3-

Stip. & Prop. Order for Ext
2:15-cv-2621-CKD