**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CHERIE B LASQUEZ-TRACY**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **CHERIE BLASQUEZ-TRACY,** | No.   **2:15-CV-02621-CKD** |
| **Plaintiff,** | |
| | **STIPULATION AND  ORDER FOR** |
| | **EXTENSION OF PLAINTIFF'S TIME TO FILE** |
| **v.** | **MOTION FOR SUMMARY JUDGMENT** |
| **CAROLYN COLVIN, Acting Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, after consideration of respective counsel's schedules, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 30, 2016.

Dated:  August 1, 2016                                                 /s/    *Jesse S. Kaplan*
                                                                                    JESSE S. KAPLAN

1

2                                                      Attorney for Plaintiff

3

4                                                      BENJAMIN B. WAGNER
                                                       United States Attorney
5                                                      DEBORAH LEE STACHEL
                                                       Acting Regional Counsel, Region IX
6                                                      Social Security Administration

7

8    Dated:  August 1, 2016                             */s/ per e-mail authorization*

9                                                      RICHARD RODRIGUEZ
                                                       Special Assistant U.S. Attorney
10                                                     Attorney for Defendant

11

12

13                                    **ORDER**

14

15

16          For good cause shown on the basis of this stipulation, the requested extension of

17   plaintiff's time to file a motion for summary judgment brief is extended to August 30, 2016.

18          SO ORDERED.

19   Dated:  August 4, 2016

20
                                       _____
21                                     CAROLYN K. DELANEY
                                       UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28