**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CHERIE B LASQUEZ-TRACY**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **CHERIE BLASQUEZ-TRACY,** | No.   2:15-CV-02621-CKD |
| **Plaintiff,** | |
| | STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| **CAROLYN COLVIN, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, after consideration of respective counsel's schedules, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 2, 2016.

[Pleading Title] - 1

1  This is a second request but of only three days. Plaintiff's counsel has three federal court briefs due this week, in addition to other work.

Dated:  August 29, 2016                                              /s/    *Jesse S. Kaplan*
                                                                                            JESSE S. KAPLAN
                                                                                            Attorney for Plaintiff


                                                                                            BENJAMIN B. WAGNER
                                                                                            United States Attorney
                                                                                            DEBORAH LEE STACHEL
                                                                                            Acting Regional Counsel, Region IX
                                                                                            Social Security Administration

Dated:  August 29, 2016                                               */s/ per e-mail authorization*

                                                                                            RICHARD RODRIGUEZ
                                                                                            Special Assistant U.S. Attorney
                                                                                            Attorney for Defendant




### **ORDER**


   For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to September 2, 2016.

   SO ORDERED.

Dated:  August 31, 2016

                                                                                            _____
                                                                                            CAROLYN K. DELANEY
                                                                                            UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2