PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN# 6191786
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: richard.rodriguez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHERIE BLASQUEZ-TRACY, | ) Case No. 2:15-cv-02621-CKD |
| | ) |
| Plaintiff, | ) STIPULATION and ORDER AWARDING |
| v. | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) (EAJA) ATTORNEY FEES |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties agree that Plaintiff is entitled to an award of attorney fees and expenses to be paid by the Defendant pursuant to the EAJA, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $4,500.00 shall be awarded to Plaintiff. If it is determined Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Jesse S. Kaplan, Esq. based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

Finally, the parties agree whether the check is made payable to Plaintiff, or to Jesse S. Kaplan, Esq. the check shall be mailed to Plaintiff's attorney at the following address: Jesse S. Kaplan, Attorney at Law, 5441 Fair Oaks Blvd., Suite C-1, Carmichael, CA 95608.

Respectfully submitted,

Date: December 12, 2017                 /s/ *Jesse C. Kaplan*
                                        Jesse C. Kaplan, CSBN 103726
                                        Attorney at Law
                                        Attorney for Plaintiff
                                        *By email authorization on December 1, 2017

Date: December 12 , 2017                PHILLIP A. TALBERT
                                        United States Attorney

                              By:       /s/*Richard M. Rodriguez*
                                        Richard M. Rodriguez
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant


**ORDER**


**APPROVED AND SO ORDERED**.

Dated:  December 13, 2017

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE